## Index of Exhibits to Complaint

| Exhibit Number | Description |
|---|---|
| 1. | Horn Affidavit |
| 2. | Heffernan Affidavit |
| 3. | Ball Affidavit |
| 4. | 2020.08.07 Horn-Nygren Emails |
| 5. | 2020.08.17 Horn-Sorensen Emails |
| 6. | 2020.08.19 Buy-Sell Agreement |
| 7. | CUP Application |
| 8. | Staff Report #KZTA-20-01 |
| 9. | Staff Report #KCU-20-05 |
| 10. | 2020.10.13 Planning Board Minutes |
| 11. | 2020.11.02 Planning Board Submission Zoning Amendment |
| 12. | 2020.11.02 City Council Minutes |
| 13. | 2020.11.02 Planning Board Submission CUP Application |
| 14. | Warming Center CUP |
| 15. | Young Affidavit |
| 16. | 11.02.2020 Video |
| 17. | 2020.11.16 City Council Minutes |
| 18. | Ordinance 1851 |
| 19. | Realty Transfer Certificate |
| 20. | ACUP Application |
| 21. | 2022.09.02 Emails Horn-Barnhart |
| 22. | ACUP |
| 23. | 2022.10.12 Emails Horn-Nygren |
| 24. | 2022.10.11 Emails Heffernan-Nygren |
| 25. | 2022.11.03 Emails Horn-Nygren |
| 26. | Occupancy Certificate |
| 27. | Occupancy Agreement |
| 28. | Final Payment Confirmation |
| 29. | Aemisegger Affidavit |
| 30. | Commissioners' Letter |
| 31. | Johnson Affidavit |
| 32. | 4.1.24 Video |

| | |
|---|---|
| 33. | 9.16.24 Video |
| 34. | 2024.05.13 Agenda Packet |
| 35. | 5.13.24 Video |
| 36. | 2024.5.13 Work Session Minutes |
| 37. | 5.28.24 Video |
| 38. | 2024.5.28 Work Session Minutes |
| 39. | 2024.5.31 City Attorney Letter |
| 40. | 7.15.24 Video |
| 41. | Warming Center Presentation |
| 42. | 7.16.24 Video |
| 43. | Community Member Demands |
| 44. | 2024.8.22 Letter to Mediator |
| 45. | 2024.8.22 Mediator Email |
| 46. | 2024.8.29 Email Horn-City |
| 47. | 2024.9.16 Agenda Packet |
| 48. | 6227 Resolution |
| 49. | Samaritan House CUP |
| 50. | Fairgrounds 2024 Event Calendar |
| 51. | Full CUP Map |
| 52. | Half-Mile CUP Map |
| 53. | Fortify CUP |
| 54. | Outlaw Inn Pictures |
| 55. | 8.26.24 Video |
| 56. | Sago Affidavit |
| 57. | Gambrel Affidavit |
| 58. | Nelson Affidavit |
| 59. | Amundson Affidavit |
| 60. | Rausch Affidavit |
| 61. | Rowes Affidavit |