# EXHIBIT 51

to Verified Complaint

