# EXHIBIT 52
## to Verified Complaint

