David F. Knobel
CROWLEY FLECK PLLC
P.O. Box 2529
Billings, MT 59103-2529
Email: dknobel@crowleyfleck.com
Tel: 406-252-3441

Jeff Rowes*
Christen Hebert*
INSTITUTE FOR JUSTICE
816 Congress Ave., Ste 970
Austin, TX 78701
*pro hac vice pending

Attorneys for Plaintiff Flathead Warming Center

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD WARMING CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF KALISPELL,<br><br>Defendant. | Case No. 9:24-cv-00141-KLD<br><br>**PLAINTIFF'S NOTICE OF FILING DIGITAL EXHIBITS TO VERIFIED COMPLAINT** |

Plaintiff Flathead Warming Center, through undersigned counsel, pursuant to local Rule 5.1(b)(4), hereby submits the following non-

1

electronically filed exhibits referenced in Plaintiff's Verified Complaint, filed October 8, 2024.

| Exhibit | Description |
|---|---|
| 16 | Filename: Ex 16 11.02.2020 Video |
| 32 | Filename: Ex 32 4.1.24 Video |
| 33 | Filename: Ex 33 9.16.24 Video |
| 35 | Filename: Ex 35 5.13.24 Video |
| 37 | Filename: Ex 37 5.28.24 Video |
| 40 | Filename: Ex 40 7.15.24 Video |
| 42 | Filename: Ex 42 7.16.24 Video |
| 55 | Filename: Ex 55 8.26.24 Video |

A USB with the above reference video files has been mailed to the U.S. District Court of Montana. An identical copy has been mailed to the City of Kalispell.

Dated: October 9, 2024

Respectfully submitted,

/s/ David F. Knobel
David F. Knobel
CROWLEY FLECK PLLC
P.O. Box 2529
Billings, MT 59103-2529
Email: dknobel@crowleyfleck.com
Tel: 406-252-3441

Jeff Rowes*
Christen Hebert*
INSTITUTE FOR JUSTICE
816 Congress Ave., Ste 970
Austin, TX 78701

*pro hac vice pending

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I served true and accurate copies of the foregoing Plaintiff's Notice of Filing Digital Exhibits to Verified Complaint by having a process server deliver to the following:

City of Kalispell
201 1st Ave. E.
Kalispell, MT 59901

DATED: October 9, 2024                /s/ David F. Knobel
                                       *Counsel for Plaintiff*