IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD WARMING CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF KALISPELL,<br><br>Defendant. | CV 24-cv-141-M-KLD<br><br>ORDER |

**IT IS HEREBY ORDERED** that the above-captioned cause is **REASSIGNED** to the Honorable Dana L. Christensen for all further proceedings.

DATED this 10th day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Court