Todd A. Hammer
Marcel A. Quinn
Seth H. Rogers
HAMMER, QUINN & SHAW PLLC
100 Financial Drive, Suite 100
P.O. Box 7310
Kalispell, MT 59904-0310
Telephone:  (406) 755-2225
Facsimile:  (406) 755-5155
Email:   toddhammer@attorneysmontana.com
   marcelquinn@attorneysmontana.com
   sethrogers@attorneysmontana.com

*Attorneys for Defendant City of Kalispell*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| **FLATHEAD WARMING CENTER**, Plaintiff, v. **CITY OF KALISPELL**, Defendant. | Case No: 9:24-cv-00141-KLD **NOTICE OF APPEARANCE AND INTENT TO FILE RESPONSE** |
|---|---|

COME NOW Todd A. Hammer, Marcel A. Quinn and Seth H. Rogers, of the law firm of Hammer, Quinn & Shaw PLLC, and hereby give notice of their appearance herein as counsel for Defendant City of Kalispell ("City").

Counsel also gives notice that the City intends to file a response to Plaintiff's Motion for Temporary Restraining Order no later than Friday, October 11, 2024, such that the Court may consider both parties' positions in deciding the motion.

Dated this 10th day of October, 2024.

                HAMMER, QUINN & SHAW PLLC

                <u>/s/ Marcel A. Quinn</u>
                Marcel A. Quinn
                Todd A. Hammer
                Seth H. Rogers
                *Attorneys for Defendant City of Kalispell*