David F. Knobel
Taylor M. Thompson
CROWLEY FLECK PLLP
P.O. Box 2529
Billings, MT 59103-2529
(406) 252-3441
dknobel@crowleyfleck.com
tthompson@crowleyfleck.com

Jeff Rowes*
Christie Hebert*
INSTITUTE FOR JUSTICE
816 Congress Ave., Ste 970
Austin, TX 78701
*pro hac vice pending

Attorneys for Plaintiff Flathead Warming Center

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| FLATHEAD WARMING CENTER,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF KALISPELL,<br><br>      Defendant. | Case No. 24-cv-141-DLC<br><br>Judge: Dana L. Christensen<br><br>**NOTICE OF APPEARANCE OF TAYLOR M. THOMPSON** |

      NOTICE is hereby given that Taylor M. Thompson of the law firm of Crowley Fleck PLLP, hereby enters her appearance in this matter as

local co-counsel for Plaintiff, Flathead Warming Center.  Please send all documents related to this matter to counsel as follows:

>David F. Knobel
>Taylor M. Thompson
>CROWLEY FLECK PLLP
>P.O. Box 2529
>Billings, MT 59103-2529
>dknobel@crowleyfleck.com,
>tthompson@crowleyfleck.com
>
>Jeff Rowes*
>Christie Hebert*
>INSTITUTE FOR JUSTICE
>816 Congress Ave., Ste 970
>Austin, TX 78701
>jrowes@ij.org
>chebert@ij.org

Dated: October 10, 2024

Respectfully submitted,

/s/ Taylor M. Thompson

| | |
|---|---|
| Jeff Rowes* | David F. Knobel |
| Christie Hebert* | Taylor M. Thompson |
| INSTITUTE FOR JUSTICE | CROWLEY FLECK PLLP |
| 816 Congress Ave., Ste 970 | P.O. Box 2529 |
| Austin, TX 78701 | Billings, MT 59103-2529 |
| jrowes@ij.org, chebert@ij.org | dknobel@crowleyfleck.com, |
| (512) 480-5936 | tthompson@crowleyfleck.com |
| *pro hac vice pending | (406) 252-3441 |