IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD WARMING CENTER, | CV 24–141–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF KALISPELL, | |
| Defendant. | |

Before the Court is Plaintiff's motion for admission of attorneys Jeff Rowes and Christen Hebert of Institute for Justice, *pro hac vice*, in the above-captioned matter. (Doc. 3.) It appears that David F. Knobel of Crowley Fleck, PLLP, will serve as local counsel in this matter. (*Id.* at 1.) The attorneys' applications, (Doc. 3 at 5–9, 10–14), comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 3) is GRANTED on the condition that Jeff Rowes and Christen Hebert do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. The attorneys shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is

1

available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless each attorney files a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 10th day of October, 2024.

Dana L. Christensen, District Judge
United States District Court