

# City of Kalispell

201 1ˢᵗ Ave E.  P.O. Box 1997
Kalispell, Montana 59903-1997
(406) 758-7000 Fax (406)7757

| | |
|---|---|
| **REPORT TO:** | Mayor Johnson and Kalispell City Council |
| **FROM:** | Doug Russell, City Manager |
| **SUBJECT:** | Discussion of Neighborhood Concerns Related to the Warming Center and its Conditional Use Permit |
| **MEETING DATE:** | May 13, 2024 |

**BACKGROUND:**     At the April 1 Council Meeting, a work session was requested to discuss neighborhood concerns and impacts related to the Warming Center and its Conditional Use Permit.

As part of that discussion, information related to heat maps of law enforcement activity was requested. Subsequently, additional information was requested to compare the law enforcement calls for the neighborhood around the Warming Center to other areas of the community, to compare the calls from the neighborhood (without calls from the Warming Center itself), and to compare calls from the neighborhood around the Warming Center based on times when the Warming Center is open overnight to the months when the Warming Center is not open overnight.

The information on law enforcement calls is provided as an attachment, as are the heat maps showing the relative density of calls. Additionally, the Warming Center Application is provided along with the Municipal Code related to Conditional Use Permits, the full Staff Report for the Conditional Use Permit when it was approved, and the Conditional Use Permit issued.

At the meeting on May 8, we will provide an overview of the requested data and will be prepared to answer questions Council may have in relation to the Warming Center's application and operation of its facility with the Conditional Use Permit.

**RECOMMENDATION:**  It is recommended that Council hold the requested discussion and provide direction as deemed appropriate.

**ATTACHMENTS:**
  Law Enforcement Calls for Service Comparisons
  Heat Maps Showing Density of Calls for Service
  Warming Center Application for Conditional Use Permit
  City Code Related to Conditional Use Permits
  Full Staff Report for the Initial Conditional Use Permit Application
  Conditional Use Permit



EXHIBIT
**D**

CITY 000304

<u>Call data analysis for the 2018-20 and 2021-23 time periods by geographic area</u>

As part of the discussion regarding the work session related to the Warming Center and its potential impact on the surrounding neighborhood, heat maps were requested to identify changes in calls for law enforcement in the area.

For the analysis, we looked at four call types: 1) Trespass, 2) Disorderly Conduct, 3) Welfare Check, and 4) Criminal Mischief. The maps combine all these calls. To provide a higher level of detail, the calls were graphed by type and percentage change for the two time periods and the respective geographic locations for these call types (combined calls and individual call types).

To provide an appropriate sample size, we compared and mapped two three-year time periods: 2018-2020 (representing three years before the Warming Center opened), and 2021-2023 (representing three years after the Warming Center opened).

As part of the mapping, the City of Kalispell was divided into five geographic regions: Southwest, Southeast, Northeast, and Northwest (this region includes the Warming Center), and Citywide.

We also mapped a region that is a subset of the Northwest region that comprises a half mile radius around the Warming Center. We had subsequent Council requests for comparison with other specific locations with a 0.5 mile radius in the City, including: Depot Park, Woodland Park, the Library, the Hospital, the Jail, Treeline and Highway 93 intersection (we used the Starbucks address), and the Samaritan House. Additional graphs are included that show these locations in comparison to the Warming Center and the Citywide data.

An additional Council request was made to look at the calls from the half mile radius around the Warming Center during seasonal periods of operation and the percentage of calls that emerged from the surrounding neighborhood (removing calls from the specific Warming Center address). These graphs are included as well, comparing to the citywide calls for the same time periods.

The graphs looking at call type and percentage change are included on the following pages as are the heat maps comparing the two time periods.

Attachments:

- 3 Graphs of Changes in the <u>summarized categories of calls</u> between the two time periods by: 1) region of the city, 2) specific locations, and 3) Warming Center comparing annual calls versus calls when the facility is open overnight and when it is closed overnight, and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself

- 3 Graphs of Changes in <u>Trespass Calls</u> between the two time periods by: 1) region of the city, 2) specific locations, and 3) Warming Center comparing annual calls versus calls when the facility is open overnight and when it is closed overnight, and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself

- 3 Graphs of Changes in <u>Disorderly Conduct Calls</u> between the two time periods by: 1) region of the city, 2) specific locations, and 3) Warming Center comparing annual calls

versus calls when the facility is open overnight and when it is closed overnight, and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself

- 3 Graphs of Changes in <u>Welfare Check Calls</u> between the two time periods by: 1) region of the city, 2) specific locations, and 3) Warming Center comparing annual calls versus calls when the facility is open overnight and when it is closed overnight, and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself

- 3 Graphs of Changes in <u>Criminal Mischief Calls</u> between the two time periods by region: 1) region of the city, 2) specific locations, and 3) Warming Center comparing annual calls versus calls when the facility is open overnight and when it is closed overnight, and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself

- Maps comparing the density of calls for the 2018/20 and 2021/23 time periods for each region reviewed. There are 2 maps for the four quadrants of the City, Depot Park, Woodland Park, the Library, the Hospital, the Jail, Treeline and Highway 93 Intersection (using Starbucks Address), The Samaritan House, and the Warming Center

Changes in all calls for service (Trespass, Disorderly, Welfare Checks, Criminal Mischief)

By region of the City:



By specific location (0.5 mile radius around location):



By Warming Center location comparing annual versus seasons of operation when the facility is closed or open overnight and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself:



Change in Trespass Calls for Service

By region of City:



By specific location (0.5 mile radius around location):



CITY 000309

By Warming Center location comparing annual versus seasons of operation when the facility is closed or open overnight and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself:



Change in Disorderly Conduct Calls for Service

By region of City:



By specific location (0.5 mile radius around location):



By Warming Center location comparing annual versus seasons of operation when the facility is closed or open overnight and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself:



<u>Change in Welfare Check Calls for Service</u>

By region of City:



By specific location (0.5 mile radius around location):



By Warming Center location comparing annual versus seasons of operation when the facility is closed or open overnight and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself:



Change in Criminal Mischief Calls for Service

By region of City:



By specific location (0.5 mile radius around location):



By Warming Center location comparing annual versus seasons of operation when the facility is closed or open overnight and calls from the 0.5 mile neighborhood radius that removes calls from the Warming Center itself:





# Trespass, Welfare Check, Disorderly Conduct and Criminal Mischief Calls by Year Range

**Legend:**
- Response Zones
- ✚ Warming Center Location

**Calls for Service: 2018 - 2020**
- Sparse
- Dense

N

0  0.5  1  2  3  4  Miles

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

April, 2023 - Austin Bachurski

CITY 000317

Case 9:24-cv-00147-DWM Document 14-4 Filed 12/11/24 Page 15 of 29



# Trespass, Welfare Check, Disorderly Conduct and Criminal Mischief Calls by Year Range

**N**

☐ Response Zones
✚ Warming Center Location

## Calls for Service: 2021 - 2023

Sparse
Dense

0   0.5   1   2   3   4   Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

**CITY 000318**

# Trespass, Welfare Check, Disorderly Conduct
## and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



CITY 000319



CITY 000320

# Trespass, Welfare Check, Disorderly Conduct
# and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



✛ Woodland Park

### Calls for Service: 2018 - 2020

Sparse

Dense

1/2 Mile Radius

N

0   0.05  0.1      0.2        0.3        0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

CITY 000321

# Trespass, Welfare Check, Disorderly Conduct
## and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



+ Woodland Park

### Calls for Service: 2021 - 2023

Sparse

Dense

1/2 Mile Radius

N

0  0.05  0.1    0.2      0.3      0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

CITY 000322



Case 24-cv-0014-WLF   Document 14-4   Filed 12/11/24   Page 20 of 29

# Trespass, Welfare Check, Disorderly Conduct
## and Criminal Mischief Calls by Year Range - 1/2 Mile Radius

Library

### Calls for Service: 2018 - 2020

Sparse

Dense

1/2 Mile Radius

N

0   0.05 0.1    0.2    0.3    0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

CITY 000323

Case 9:24-cv-00144-DLC Document 14-4 Filed 12/11/24 Page 21 of 29

# Trespass, Welfare Check, Disorderly Conduct
## and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



Library

### Calls for Service: 2021 - 2023

Sparse
Dense
1/2 Mile Radius

N

0   0.05  0.1        0.2        0.3        0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

CITY 000324

Case 24-cr-00014-WLH   Document 14-4   Filed 12/11/24   Page 22 of 29

# Trespass, Welfare Check, Disorderly Conduct and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



Flathead County Jail

**Calls for Service: 2018 - 2020**

Sparse
Dense
1/2 Mile Radius

N

0   0.05  0.1      0.2       0.3       0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

CITY 000325

Case 9:24-cv-00114-DLC Document 14-4 Filed 12/11/24 Page 23 of 29

# Trespass, Welfare Check, Disorderly Conduct
## and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



Flathead County Jail

Calls for Service: 2021 - 2023

Sparse

Dense

1/2 Mile Radius

N

0   0.05  0.1        0.2        0.3        0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

CITY 000326

# Trespass, Welfare Check, Disorderly Conduct
## and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



Starbucks

Calls for Service: 2018 - 2020

Sparse

Dense

1/2 Mile Radius

N

0   0.05  0.1        0.2        0.3        0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

CITY 000327

Case 9:24-cv-00144-DLC Document 14-4 Filed 12/11/24 Page 25 of 29

# Trespass, Welfare Check, Disorderly Conduct
## and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



Starbucks

Calls for Service: 2021 - 2023

Sparse

Dense

1/2 Mile Radius

N

0   0.05  0.1      0.2      0.3      0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

**CITY 000328**



Case 9:24-cv-00114-DLC Document 14-4 Filed 12/11/24 Page 26 of 29

# Trespass, Welfare Check, Disorderly Conduct and Criminal Mischief Calls by Year Range - 1/2 Mile Radius

✚ Samaritan House

## Calls for Service: 2018 - 2020

Sparse
Dense
1/2 Mile Radius

N

0   0.05  0.1      0.2        0.3        0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

CITY 000329

# Trespass, Welfare Check, Disorderly Conduct
# and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



Samaritan House

Calls for Service: 2021 - 2023

Sparse

Dense

1/2 Mile Radius

N

0   0.05  0.1      0.2      0.3      0.4
Miles

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

April, 2023 - Austin Bachurski

CITY 000330

# Trespass, Welfare Check, Disorderly Conduct
## and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



Warming Center Location

### Calls for Service: 2018 - 2020

Sparse
Dense
1/2 Mile Radius

N

0    0.05 0.1    0.2    0.3    0.4    Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

CITY 000331

Case 9:24-cv-00141-DLC Document 14-4 Filed 12/11/24 Page 29 of 29

# Trespass, Welfare Check, Disorderly Conduct
## and Criminal Mischief Calls by Year Range - 1/2 Mile Radius



Warming Center Location

Calls for Service: 2021 - 2023

Sparse

Dense

1/2 Mile Radius

N

0   0.05  0.1     0.2      0.3      0.4
Miles

April, 2023 - Austin Bachurski

Data Sources: Kalispell GIS
Flathead Emergency Communications Center
Basemap: Esri Community Maps, ArcGIS.com

**CITY 000332**