IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD WARMING CENTER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KALISPELL,<br><br>Defendant. | CV 24–141–M–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Expedited Hearing. (Doc. 4.)

IT IS ORDERED that the Court shall hear argument on Plaintiff's motion (Doc. 4) on October 25, 2024, at 9:00 a.m. in the Russell Smith Federal Courthouse in Missoula, Montana.

IT IS FURTHER ORDERED that the parties shall file notices by 5:00 p.m. on October 18, 2024, of witnesses they intend to call at the hearing along with a brief summary of their expected testimony and the expected length of their testimony.

DATED this 15th day of October, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court

1