Todd A. Hammer
Marcel A. Quinn
Seth H. Rogers
HAMMER, QUINN & SHAW PLLC
100 Financial Drive, Suite 100
P.O. Box 7310
Kalispell, MT 59904-0310
Telephone:  (406) 755-2225
Facsimile:  (406) 755-5155
Email:      toddhammer@attorneysmontana.com
            marcelquinn@attorneysmontana.com
            sethrogers@attorneysmontana.com

*Attorneys for Defendant City of Kalispell*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| **FLATHEAD WARMING CENTER**,<br><br>Plaintiff,<br>v.<br><br>**CITY OF KALISPELL,**<br><br>Defendant. | Case No:  CV 24-141-M-DLC<br><br>**DEFENDANT'S NOTICE OF CONVENTIONAL FILING** |

Please take notice that Defendant, City of Kalispell, by and through counsel of record has conventionally filed a USB drive containing the City Council Meeting dated September 16, 2024 referenced in the City of Kalispell's Opposition Brief to Motion for Temporary Restraining Order. (Brief at 16-17.)  This video has not been filed electronically because scanning is not possible, and the electronic

file exceeds megabytes in size.  Copies of the video have been provided to all parties.

Dated this 15ᵗʰ day of October, 2024.

HAMMER, QUINN & SHAW PLLC


/s/ Marcel A. Quinn
Marcel A. Quinn
Todd A. Hammer
Seth H. Rogers
*Attorneys for Defendant City of Kalispell*