David F. Knobel
Taylor M. Thompson
CROWLEY FLECK PLLP
P.O. Box 2529
Billings, MT 59103-2529
(406) 252-3441
dknobel@crowleyfleck.com
tthompson@crowleyfleck.com

Jeff Rowes*
Christen Hebert*
INSTITUTE FOR JUSTICE
816 Congress Ave., Ste 970
Austin, TX 78701
(512) 480-5936
jrowes@ij.org, chebert@ij.org
*admitted pro hac vice

Attorneys for Plaintiff Flathead Warming Center

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD WARMING CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF KALISPELL, <br><br> Defendant. | Case No. 24-cv-141-DLC <br><br> Judge: Dana L. Christensen <br><br> **PLAINTIFF'S NOTICE THAT IT HAS NO OBJECTION TO PROCEEDING AS A PRELIMINARY INJUNCTION** |

1

Plaintiff Flathead Warming Center files this notice to let the Court know that the Warming Center has no objection to treating the October 25, 2024 hearing as a proceeding for a preliminary injunction (Doc. 23). In fact, earlier this morning, the Warming Center sent counsel for Defendant City of Kalispell a draft motion requesting a preliminary injunction and consolidation of the pending motion for temporary restraining order with the preliminary injunction motion. The Warming Center asked for the City's position and was just waiting to hear back.

The Warming Center also acknowledges the time the Court has allotted for witnesses and argument at the hearing this Friday, October 25, 2024, and will prepare accordingly.

| | |
|---|---|
| Dated: October 21, 2024. | Respectfully submitted, |
| | /s/ Jeff Rowes |
| David F. Knobel | Jeff Rowes* |
| Taylor M. Thompson | Christen Hebert* |
| CROWLEY FLECK PLLP | INSTITUTE FOR JUSTICE |
| P.O. Box 2529 | 816 Congress Ave., Ste 970 |
| Billings, MT 59103-2529 | Austin, TX 78701 |
| (406) 252-3441 | (512) 480-5936 |
| dknobel@crowleyfleck.com | jrowes@ij.org, chebert@ij.org |
| tthompson@crowleyfleck.com | *admitted pro hac vice* |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all attorneys of record

/s/ Jeff Rowes
*Counsel for Plaintiff*
