IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD WARMING CENTER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KALISPELL,<br><br>Defendant. | Case No. 24-cv-141-DLC<br><br>Judge: Dana L. Christensen<br><br>**JOINT DISCOVERY PLAN** |

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Order dated December 10, 2024 (Doc. 34), counsel for Plaintiff and counsel for Defendant conferred on December 20, 2024 and submit the following joint discovery plan.

1. **Initial Disclosures**

Counsel for the parties shall exchange Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.1(b) by or before **January 3, 2025**. Initial disclosures have been made.

2. **Subjects of Discovery**

The parties anticipate conducting discovery relating to the following:

- The processes leading to the Warming Center's conditional-use and administrative conditional-use permits;
- The process leading to the rescission of the conditional-use permit;
- The City of Kalispell's enforcement practices for its zoning code and conditional-use permits;
- Policies and procedures of the Warming Center to mitigate adverse impacts to neighbors;
- The nature and extent of the Warming Center's provision of transportation for guests;
- Incident reports regarding the Warming Center's guests;
- Reports by neighbors or the public regarding actions of the Warming Center's guests and the response to the same;
- The Warming Center's and its guests' interactions with law enforcement;
- Disciplinary actions by the Warming Center regarding guests;

- Criminal and nuisance activity in Kalispell by the general public, the Warming Center's guests and/or homeless people in general;

- Public and private services for homeless and low-income people in Kalispell;

- The Warming Center's claimed compensatory damages, including documents regarding the Warming Center's financial performance, and alleged loss of income, donations and/or grants; and

- Subjects that arise in the course of discovery that are relevant to the claims and defenses in this case.

3. **Issues Regarding Electronically Stored Information**

Although discovery will involve electronically stored information, the parties do not anticipate any issues likely to cause problems or require the Court's intervention.

4. **Issues Regarding Privilege and Protection**

The parties do not anticipate any unusual issues involving claims of privilege or work product protections. The parties reserve the right to assert privilege objections where applicable. Discovery requests may seek the production of privileged or protected documents or information. In

that event, the parties agree to assert any privilege or work product protections in accordance with the requirements and procedures set forth in Fed. R. Civ. P. 26(b)(5).

The parties will agree to a Protective Order to apply to any materials or documents which are confidential and/or involve privacy interests.

### 5. Changes in Limitations on Discovery

The parties do not propose a change to the limitations imposed by either the Federal Rules of Civil Procedure or Local Rules at this time.

### 6. Proposed Discovery Deadlines

The parties propose the following discovery schedule for the Court's consideration:

Last date to amend pleadings or join parties: **February 14, 2025**

Close of discovery: **October 17, 2025**

All other dates, including motions deadlines, pretrial order submissions, and for trial are left for the Court to determine at the Preliminary Pretrial Conference scheduled for **February 4, 2025**.

7. **Expert Witness Disclosures**

Liability expert disclosures: **July 18, 2025**

Plaintiff's damage expert disclosures: **July 18, 2025**

Defendant's damage expert disclosures: **August 18, 2025**

8. **Other Orders**

The parties do not anticipate any other orders that may or should be entered under Fed. R. Civ. P. 26(c) or Fed. R. Civ. P. 16(b) and (c) other than the Court's standard orders.

Dated: January 28, 2025

/s/ Todd A. Hammer
Todd A. Hammer
Marcel A. Quinn
Seth H. Rogers
HAMMER, QUINN & SHAW PLLC
100 Financial Dr., Ste 100
P.O. Box 7310
Kalispell, MT 59904-0310
(406) 755-2225
toddhammer@attorneysmontana.com
marcelquinn@attorneysmontana.com
sethrogers@attorneysmontana.com
*Counsel for Defendant*

Respectfully submitted,

/s/ Jeff Rowes
Jeff Rowes*
Christen Hebert*
INSTITUTE FOR JUSTICE
816 Congress Ave., Ste 970
Austin, TX 78701
(512) 480-5936
jrowes@ij.org, chebert@ij.org
**admitted pro hac vice*

David F. Knobel
Taylor M. Thompson
CROWLEY FLECK PLLP
P.O. Box 2529
Billings, MT 59103-2529
(406) 252-3441

5

dknobel@crowleyfleck.com
tthompson@crowleyfleck.com
*Counsel for Plaintiff*